# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| FREDERICK D. JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-02022-LSC-NAD |
| KIM WILLINGHAM, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On January 24, 2023, the magistrate judge entered a report recommending that the court grant Plaintiff Frederick D. Jones' motion for voluntary dismissal (Doc. 55 at 2) of his claims against defendants Kim Willingham and Patricia Uselton; grant defendants Alabama Board/Bureau of Pardons and Paroles and Terry Anthony's motion to dismiss (Doc. 46); and refer Plaintiff Jones' remaining claim against Defendant Rolanda Calloway to the magistrate judge for further proceedings.  Doc. 65.  Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days and the consequences of a failure to object (*id.*, at 19-20), no party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

Accordingly, the court **GRANTS** Plaintiff Jones' motion for voluntary dismissal (Doc. 55 at 2) and **DISMISSES** the claims against Kim Willingham and Patricia Uselton **WITHOUT PREJUDICE**.

The court **GRANTS** defendants Alabama Board/Bureau of Pardons and Paroles and Terry Anthony's motion to dismiss (Doc. 46) and **DISMISSES** those claims **WITH PREJUDICE**.

The court **REFERS** Plaintiff Jones' remaining claim against defendant Calloway to the magistrate judge for further proceedings.  Doc. 65.

**DONE** and **ORDERED** on February 24, 2023.

_____
L. Scott Coogler
United States District Judge

160704