In The United States District Court
The Middle District of Alabama
Northern Division

Frederick D Jones
Plaintiff          157283

V.

Rolanda Calloway
defendant

Case No. 2:23-cv-165-ECM-smd

Permission To File Response/ Interrogatories

Come Now, plaintiff, Frederick D Jones, in the above styled cause, and would respectfully request permission to file a response and Interrogatories to the Defendant, Rolanda Calloway Answer to plaintiffs final Amendant complaint.
In Support of this request, plaintiff Jones would state the following.

1. The defendant has lied in her affidaut.
2. Certain facts needs to be known and addressed
3. Plaintiff feels that he is entitled to a response being that he is not a lawyer and dont fully understand the rules of this Courts

11-29-24

Respectfully Submitted
Frederick D Jones

Certificate of Service

I, Frederick D Jones hereby certify that
I placed a copy of the same in the
mail, postage prepaid to Mr Albritton at
501 Washington Avenue, Montgomery AL 36130
on this 29th day of November, 2024

Frederick D. Jones

**STATE OF ALABAMA**
OFFICE OF
ATTORNEY GENERAL
501 WASHINGTON AVENUE | P.O. BOX 300152
MONTGOMERY, ALABAMA 36130-0152

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 36130
02 7H
0006111833   $ 000.97⁰
NOV 19 2024

ADDRESS SERVICE REQUESTED

Frederick D Jones 157783
28779 Nick Davis Rd
Harvest AL 35479

Trey Granger, Clerk
US District Court
Middle District of Alabama
One Church Street
Montgomery, AL 36104