In The United States District Court
The Middle District of Alabama
Northern Division

Frederick D Jones 157283 )
v. ) Case No: 2:23-cv-165-Ecm-Sm
Rolanda Calloway )

## Interrogatories

Plaintiff Jones request that Defendant Rolanda Calloway answer the following Interrogatorys, under oath, and provide plaintiff with a copy of the same within 30 days of the mailing.

1. Did you recieve an E-mail from Terry Anthony sometime around August 28, 2020 for the release of Frederick D Jones, the plaintiff in this civil action. (You are under oath).

2. Did you ever notify the parole Board of plaintiffs detention at Kilby. If so when?

3. Please submit a copy of the E-mail, letter or phone call that notified the parole board of plaintiff detention at Kilby.

4. Please submit the notification that Kilby received for the release of plaintiff on September 1, or around that time 2020?

5. Did Jones or any other prisoners speak with you about not having a revocation hearing during or around May 2020?

6. Once Jones arrived at Kilby prison, who responsibility was it to notify the board of parole that he was being detained there?

7. Around May-September 2020 was any prisoner released from Kilby prison?

Respectfully Submitted
Frederick D Jones

11-29-24

Certificate of Service

I hereby certify that I placed a copy of the same in the mail postage prepaid to Mr Albritton at 501 Washington Avenue Montgomery, AL 36130 on this 29th day of November 2024.

Frederick D Jones

11-29-24